IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JACK GLENN MCVICKERS,      )
                     )
     Plaintiff,         )
                     )     No. 1:11-cv-00098
v.                      )     Judge Nixon
                     )     Magistrate Judge Brown
MICHAEL J. ASTRUE,      )
Commissioner of Social Security,  )
                     )
     Defendant.        )

## ORDER

Pending before the Court is Plaintiff Jack Glenn McVickers's Motion for Judgment on

the Administrative Record ("Motion") (Doc. No. 6), filed with a Memorandum in Support (Doc.

No. 7). Defendant Commissioner of Social Security filed a Response (Doc. No. 10).

Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report"),

recommending the Motion be denied. (Doc. No. 11.) The Report was entered on January 3,

2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at

14–15.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS**

it in its entirety. Accordingly, the Court **DENIES** Mr. McVickers's Motion and **AFFIRMS** the

decision of the Commissioner. The Clerk is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the _____ day of January, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT