IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JACK GLENN MCVICKERS, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:11-cv-00098 |
| | ) Judge Nixon |
| | ) Magistrate Judge Brown |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Jack Glenn McVickers's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 6), filed with a Memorandum in Support (Doc. No. 7). Defendant Commissioner of Social Security filed a Response (Doc. No. 10). Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report"), recommending the Motion be denied. (Doc. No. 11.) The Report was entered on January 3, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 14–15.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Mr. McVickers's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ____ day of January, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT